IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re Biogen, Inc. ERISA Litig.* | Case No: 1:20-cv-11325-DJC |
| | August 24, 2023 |

**MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

Plaintiffs Sarah Gamble, David Covington, Tansy Wilkerson, and Daisy Santiago (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class (defined below) and the Biogen, Inc. 401(k) Savings Plan (the "Plan"), hereby move pursuant to Federal Rule of Civil Procedure 23 for entry of an Order that: (1) preliminarily approves the Settlement with Defendants Biogen Inc., the Board of Directors of Biogen Inc., and the Biogen Inc. 401(k) Retirement Committee (collectively, "Defendants"), as memorialized in the Settlement Agreement and exhibits thereto;[1] (2) finds that the Class may be maintained through such time as the Court enters an order granting final approval of the Settlement; (3) approves the proposed notice plan ("Notice Plan") in the Settlement Agreement and proposed Preliminary Approval Order; and (4) sets a final approval hearing on a date convenient for the Court at least 140 days after the entry of a Preliminary Approval Order. A proposed Preliminary Approval Order is attached as Exhibit C to the Settlement Agreement.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit

---

[1] The Settlement Agreement and its exhibits are attached to the accompanying Declaration of Alec J. Berin. Terms not defined herein shall have the same meaning as in the Settlement Agreement.

that the Settlement is fair, reasonable, adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class.

The Settlement is the product of arm's-length negotiations between the Parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

DATED: August 24, 2023                     Respectfully submitted,

                                           */s/ Alec J. Berin*
                                           James C. Shah
                                           Alec J. Berin
                                           MILLER SHAH LLP
                                           1845 Walnut Street, Suite 806
                                           Philadelphia, PA 19103
                                           Telephone: (866) 540-5505
                                           Facsimile: (866) 300-7367
                                           Email: jcshah@millershah.com
                                                  ajberin@millershah.com

                                           James E. Miller
                                           Laurie Rubinow
                                           MILLER SHAH LLP
                                           65 Main Street
                                           Chester, CT 06412
                                           Telephone: (866) 540-5505
                                           Facsimile: (866) 300-7367
                                           Email: jemiller@millershah.com
                                                  lrubinow@millershah.com

Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Mark K. Gyandoh
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
Fax: (717) 233-4103
Email: donr@capozziadler.com

Patrick J. Sheehan (BBO# 639320)
WHATLEY KALLAS, LLP
101 Federal Street, 19th Floor
Boston, MA 02110
Tele: (617) 53-5118
Fax: (617) 371-2920
Email: psheehan@whatleykallas.com

*Attorneys for Plaintiffs, the Plan*
*and the Proposed Settlement Class*

3

## **CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(2), I certify that I conferred in good faith with counsel for Defendants prior to filing this Motion. Counsel for Defendants stated that Defendants do not oppose the Motion.

/s/ *Alec J. Berin*
Alec J. Berin

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I caused the foregoing document to be electronically filed with the Clerk of Court, and upon the counsel of record using the CM/ECF system.

/s/ *Alec J. Berin*
Alec J. Berin